

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Stanley Lucius Atnipp,

Vs. No. 11-14-00287-CR

The State of Texas,

\* From the 441st District Court
of Midland County, Texas
Trial Court No. CR40673.

\* April 20, 2017

\* Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.